Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **M Squared Lasers Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **68-0681773** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **268 Summer Street**<br>**Boston, MA 02210**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website (URL)**    **m2lasers.com**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | M Squared Lasers Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3826__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | **M Squared Lasers Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | **M Squared Lasers Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on ___10/28/2025___
MM / DD / YYYY

X _____        **Graeme Malcolm**
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____        Date **10/28/2025**
Signature of attorney for debtor        MM / DD /YYYY

**Carl N. Kunz, III**
Printed name

**Morris James LLP**
Firm name

**3205 Avenue North Blvd.**
**Suite 100**
**Wilmington, DE 19803**
Number, Street, City, State & ZIP Code

Contact phone   **302-888-6800**        Email address   **ckunz@morrisjames.com**

**3201 DE**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF M SQUARED LASERS, INC.

### October 23, 2025

The undersigned, constituting the sole members of the Board of Directors (the "Board") of M Squared Lasers, Inc., a Delaware corporation (the "Company"), do hereby waive all notice of a meeting of the Board and approve and adopt the following resolutions as of the date first written above by unanimous written consent in lieu of a meeting.

**WHEREAS**, the board of directors having (a) regularly and carefully reviewed the materials and other information presented by the Company's management and advisors regarding the Company's business conditions, the Company's operations, its current and projected financial position, and other relevant information; (b) thoroughly evaluated the Company's strategic alternatives, including a possible restructuring; (c) conferred extensively with the Company's management and advisors regarding these matters, and (d) determined that the Company lacks sufficient funds to pay its debts and does not have the ability to refinance such debts, and it has been proposed that the Company file a petition seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code")

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Company and its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition (the "Chapter 7 Case") seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**NOW THEREFORE BE IT RESOLVED**, that filing of the Chapter 7 Case by the Company, and the seeking of relief by the Company under chapter 7 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respects; and it is further

**RESOLVED**, that Graeme Malcolm (the "Authorized Person") is authorized and empowered to execute and verify a bankruptcy petition, schedules and statements of financial affairs and take such other actions on behalf of the Company, in such forms as he shall approve, and such execution shall be to be conclusive evidence of the approval thereof, and the Authorized Person shall be authorized to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine; and it is

**FURTHER RESOLVED**, that the Company is authorized to retain and hereby ratifies the retention and employment of Morris James LLP as counsel for the purpose and all matters incidental thereto and that said counsel shall be compensated in accordance with the terms of their engagement letter dated September 9, 2025; and it is

**FURTHER RESOLVED**, that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation

of the foregoing, all actions heretofore taken for or on behalf of the Company by any Authorized Person in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects; and it is

**FURTHER RESOLVED**, that the Board recognizes that, upon the commencement the bankruptcy case, the Board, its members, and the Company's shareholder(s) shall not have authority to take any further corporate action, including dissolution of the Company or any filing that may be required under the Corporate Transparency Act; and it is

**FURTHER RESOLVED,** that this document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Blank – Signature Page to Follow]*

17556944/1

**IN WITNESS WHEREOF**, the undersigned members of the Board hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed with the Company's minutes and official records.

M SQUARED LASERS, INC.

DocuSigned by:

_____
E1D13AC334BF4C5
GRAEME MALCOLM, CEO
and Member of the Board of Directors

DocuSigned by:

_____
5749E270C1B044F
GARETH MAKER
Member of the Board of Directors

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

---

**Fill in this information to identify the case:**

Debtor name **M Squared Lasers Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/2025          X _____
                                   Signature of individual signing on behalf of debtor

                                   **Graeme Malcolm**
                                   Printed name

                                   **Chief Executive Officer**
                                   Position or relationship to debtor

---

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **M Squared Lasers Inc.**

Case No.

Debtor(s)

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $                **20,000.00**

   Prior to the filing of this statement I have received                          $                **20,000.00**

   Balance Due                                                                     $                        **0.00**

2. $ **338.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Novacene Photonics Ltd.**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **Novacene Photonics Ltd.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date    **10/28/2025**

**Carl N. Kunz, III**
*Signature of Attorney*
**Morris James LLP**
**3205 Avenue North Blvd.**
**Suite 100**
**Wilmington, DE 19803**
**302-888-6800  Fax: 302-571-1750**
**ckunz@morrisjames.com**
*Name of law firm*

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

---

**Fill in this information to identify the case:**

Debtor name    **M Squared Lasers Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $          **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    **185,501.59**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    **185,501.59**

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $   **19,137,335.50**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................    $     **17,453.16**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$   **4,498,064.90**

4.    **Total liabilities**........................................................................................
    Lines 2 + 3a + 3b    $   **23,652,853.56**

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

**Fill in this information to identify the case:**

Debtor name: **M Squared Lasers Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

|  | | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Citizens Bank**<br>**28 State Street, MS1335**<br>**Boston, MA 02109** | **Checking** | **0514** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                               **$0.00**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit to Park Property Management Group LLC for the lease of the property located at 268 Summer Street, Boston, Massachusetts 02210.** | **$35,077.60** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                               **$35,077.60**
    Add lines 7 through 8. Copy the total to line 81.

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                          Case number *(If known)* _____
            Name

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.     Accounts receivable**

11a. 90 days old or less:         **40,256.25**      -        **40,256.25**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **43,953.13**      -        **43,953.13**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:             **6,000.00**      -             **0.00**    = ....                 **$6,000.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **98,380.63**      -        **98,380.63**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **10,101.90**      -        **10,101.90**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:             **4,500.00**      -         **4,500.00**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:             **3,600.00**      -         **3,600.00**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **85,776.20**      -        **85,776.20**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **32,000.00**      -        **32,000.00**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **26,443.99**      -             **0.00**    = ....                **$26,443.99**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:           **183,100.00**      -       **183,100.00**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:            **17,840.00**      -        **17,840.00**    = ....                    **$0.00**
                             face amount                      doubtful or uncollectible accounts

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor   **M Squared Lasers Inc.**                                         Case number *(If known)*  _____
         _____
         Name

| 11b. Over 90 days old: | 130,663.50 | - | 130,663.50 =.... | $0.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | 116,480.00 | - | 0.00 =.... | $116,480.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                                          | $148,923.99 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Miscellanous office furniture** | $0.00 | | $1,500.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                          | $1,500.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | __M Squared Lasers Inc.__ | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Park Property Management Group LLC 268 Summer Street, Boston, MA 02210** | Lease | $0.00 | 0.00 | $0.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                          Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                      Case number *(If known)* _____
               Name

<table>
<tr><td colspan="3">Part 12:    Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,077.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $148,923.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $185,501.59 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $185,501.59 |

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **M Squared Lasers Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

| 2.1 | **Santander UK PLC** | Describe debtor's property that is subject to a lien | **$19,137,335.50** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2 Triton Square**
**Regent's Place**
**London, UK**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/18/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $19,137,335.<br>50 |
|---|

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

---

**Fill in this information to identify the case:**

Debtor name  **M Squared Lasers Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Joshua Atkinson**<br>**Address on file** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,453.16 | $17,453.16 |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Adcom Worldwide**<br>**7th floor**<br>**Renton, WA 98057**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Storage**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,520.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Arthur J. Gallagher**<br>**Close Brothers**<br>**2850 Gold Road**<br>**Rolling Meadows, IL 60008**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance broker**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,314.00 |

---

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | **M Squared Lasers Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**California Institute of Technology**
PO Box 3237
Scranton, PA 18505

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No ☐ Yes

**$307,500.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Citizens Bank**
28 State Street, MS1335
Boston, MA 02210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Banking**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,846.48**

---

**3.5** | Nonpriority creditor's name and mailing address
**Columbia University**
538 W 120th Street
Pupin, FL 07, RM/STE 0704
New York, NY 10027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,367.30**

---

**3.6** | Nonpriority creditor's name and mailing address
**Cubiq**
St. Otis St.
Cambridge, MA 02141-1851

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Storage**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,203.50**

---

**3.7** | Nonpriority creditor's name and mailing address
**Duke University**
324 Blackwell Street
Washington Bldg, Suite 800
Durham, NC 27708

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address
**Expeditors Inc.**
10900 E. 350 Hwy.
Kansas City, MO 64138

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation services**

Is the claim subject to offset? ☑ No ☐ Yes

**$550.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Florida State University**
Payables & Disbursement Services
UCA-5607 University Center
Tallahassee, FL 32306-2391

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No ☐ Yes

**$213,706.80**

---

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                     Case number (if known) _____
           Name

| | 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402,543.00 |
|---|---|---|---|---|

**3.10** Nonpriority creditor's name and mailing address
**Laboratory for Physical Science**
**8050 Greenmead Drive**
**College Park, MD 20740**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$402,543.00**

---

**3.11** Nonpriority creditor's name and mailing address
**nLight Inc.**
**4637 NW 18th Ave**
**Camas, WA 98607**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Laser components**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$56,373.90**

---

**3.12** Nonpriority creditor's name and mailing address
**Photothermal Spectroscopy Corp.**
**325 Chapala Street**
**Santa Barbara, CA 93101**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$29,700.81**

---

**3.13** Nonpriority creditor's name and mailing address
**Princeton University**
**Procurement Services**
**701 Carnegie Center**
**Princeton, NJ 08540**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$731,600.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Rose Financial Group LLC**
**6602 East 75th Street**
**Suite 202**
**Indianapolis, IN 46250**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Retirement program**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$1,621.50**

---

**3.15** Nonpriority creditor's name and mailing address
**Salesforce, Inc.**
**Salesforce Tower**
**415 Mission Street, 3rd Floor**
**San Francisco, CA 94105**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Software services**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$5,737.50**

---

**3.16** Nonpriority creditor's name and mailing address
**Stanford University**
**Accounts Payable**
**PO Box 20410**
**Stanford, CA 94309-0410**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Purchase order**

Is the claim subject to offset? ☑ No  ☐ Yes                    **$113,932.95**

---

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor  __M Squared Lasers Inc.__                    Case number (if known) _____
         Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,213,120.00 |
|---|---|---|---|
| | **Tekscend Photomask** <br> **131 Old Settlers Blvd** <br> **Round Rock, TX 78664** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307,671.91 |
|---|---|---|---|
| | **The University of Arizona** <br> **Accounts Payable** <br> **888 N. Euclid Ave., Room 402** <br> **Tucson, AZ 85721** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,256.25 |
|---|---|---|---|
| | **UES, Inc.** <br> **Accounts Payable** <br> **4401 Dayton-Xenia Road** <br> **Dayton, OH 45432** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|
| | **University of California, San Diego** <br> **9500 Gilman Drive** <br> **La Jolla, CA 92093-0955** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **University of Drexel** <br> **PO Box 42485** <br> **Philadelphia, PA 19101** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **University of Southern California** <br> **PO Box 77967** <br> **Los Angeles, CA 90007** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Purchase order__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.00 |
|---|---|---|---|
| | **URS Agents LLC** <br> **3675 Crestwood Parkway** <br> **Duluth, GA 30096** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Company registration agents__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    __M Squared Lasers Inc.__                                 Case number (if known)    _____
                  Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 17,453.16 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,498,064.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,515,518.06 |

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

---

**Fill in this information to identify the case:**

Debtor name    **M Squared Lasers Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease between Park Property Management Group LLC, as Landlord, and Lighttelligence, Inc., as Tenant, of the property located at 268 Summer Street, Boston, MA 02210** | |
| State the term remaining | **February 28, 2026** | **Park Property Management Group LLC c/o Aegean Capital, LLC 150 East 58th Street, 23rd Floor New York, NY 10155** |
| List the contract number of any government contract | _____ | |

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Fill in this information to identify the case: |
|---|

Debtor name    **M Squared Lasers Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                                                 *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **M Squared Lasers Ltd.** | **1 Kelvin Campus West of Scotland Science Park Glasgow G20 0SP, UK** | **Santander UK PLC** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

**Fill in this information to identify the case:**

Debtor name  **M Squared Lasers Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,231,209.68** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
    |---|---|---|---|---|
    | 3.1. | **ADP**<br>**71 Hanover Road**<br>**Florham Park, NJ 07932** | **August 1, 2025 - October 3, 2025** | **$411.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Park Property Management Group LLP**<br>280 Summer Street, 6th Floor<br>Boston, MA 02210 | **July 31, 2025** | $17,538.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. | **Verizon Wireless**<br>1095 Avenue of the Americas<br>New York, NY 10036 | **August 8,<br>2025 -<br>September 8,<br>2025** | $226.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Comcast**<br>PO Box 6505<br>Chelmsford, MA 01824 | **August 18,<br>2025 -<br>September<br>16, 2025** | $1,528.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor  **M Squared Lasers Inc.** _____    Case number *(if known)* _____

■ None.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Case number | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Morris James LLP 3205 Avenue North Blvd. Suite 100 Wilmington, DE 19803 | | 9/23/2025 | $20,000.00 |
| | Email or website address morrisjames.com | | | |
| | Who made the payment, if not debtor? Novacene Photonics Ltd. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                   Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan                                      Employer identification number of the plan
**Rose Financial Group LLC**                       EIN:

Has the plan been terminated?
☐ No
■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                          Case number *(if known)*

---

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Cubiq**<br>**St Otis St.**<br>**Cambridge, MA 02141** | **Unknown** | **Marketing materials** | ☐ No<br>■ Yes |
| **Adcom Worldwide**<br>**Spruce 1 Business Park**<br>**156 S. Spruce Ave.**<br>**South San Francisco, CA 94080** | **Unknown** | **Tradeshow materials** | ☐ No<br>■ Yes |
| **Cubiq**<br>**TX** | **Unknown** | **Unknown** | ■ No<br>☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | **M Squared Lasers Inc.** | Case number *(if known)* |
|---|---|---|

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Steven Hughes**<br>**Address on file** | **March 2024 - August 2025** |
| 26a.2. | **Ian Danskin**<br>**Address on file** | **August 2023 - August 2025** |
| 26a.3. | **Craig McIntyre**<br>**Address on file** | **up until July 2024** |
| 26a.4. | **Redjay Associates**<br>**Ed Rogers**<br>**6 Douglas Gardens**<br>**Bearsden Glasgow**<br>**G61 2SJ United Kingdom** | **May 2023 to January 2024** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

| Debtor | **M Squared Lasers Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.5. | **AAB Auditors**<br>**81 George St.**<br>**Edinburgh**<br>**EH2 3ES**<br>**United Kingdom** | **August 2023 -**<br>**August 2025** |
| 26a.6. | **Deloitte Tax Advisors**<br>**9 Haymarket Square**<br>**Edinburgh**<br>**EH3 8RY**<br>**United Kingdom** | **August 2023 -**<br>**August 2025** |
| 26a.7. | **Vector Corporate Ltd.**<br>**Paul Slater**<br>**16 Royal Exchange Square**<br>**Glasgow**<br>**G1 3AG, United Kingdom** | **August 2024 to**<br>**August 2025** |
| 26a.8. | **TriNet**<br>**One Park Place**<br>**Suite 600**<br>**Dublin, CA 94568** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Steven Hughes**<br>**Address on file** | **March 2024 - August**<br>**2025** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Ian Danskin**<br>**Address on file** | **August 2023 -**<br>**August 2025** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | **Craig McIntyre**<br>**Address on file** | **Up until July 2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Interpath**<br>**130 St Vincent St.**<br>**Glasgow**<br>**G2 5HF**<br>**United Kingdom** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                    Case number *(if known)* _____

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Graeme Malcolm | | Chief Executive Officer & President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gareth Maker | | Treasurer | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| M Squared Lasers Ltd. | | Shareholder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Rose Financial Group LLC | EIN: |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

Debtor    **M Squared Lasers Inc.**                                    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on by: 10/28/2025

_____        **Graeme Malcolm**        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

## United States Bankruptcy Court
### District of Delaware

In re    **M Squared Lasers Inc.** _____     Case No. _____
                                                    Debtor(s)                        Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    10/28/2025 _____

DocuSigned by:

_[signature]_

—E1D134C334BF4C5...

**Graeme Malcolm/Chief Executive Officer**
Signer/Title

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

M SQUARED LASERS INC.
268 SUMMER STREET
BOSTON, MA 02210

CUBIQ
ST. OTIS ST.
CAMBRIDGE, MA 02141-1851

INTERPATH
130 ST VINCENT ST
GLASGOW
G2 5HF
UNITED KINGDOM

CARL N. KUNZ, III
MORRIS JAMES LLP
3205 AVENUE NORTH BLVD.
SUITE 100
WILMINGTON, DE 19803

DELAWARE DEPARTMENT OF
JUSTICE
820 N. FRENCH ST.
WILMINGTON, DE 19801

JOSHUA ATKINSON
ADDRESS ON FILE

AAB AUDITORS
81 GEORGE ST
EDINBURGH
EH2 3ES
UNITED KINGDOM

DELAWARE DIVISION OF
REVENUE
CORPORATE RETURNS
PO BOX 2044
WILMINGTON, DE 19899-2044

LABORATORY FOR PHYSICAL SC
8050 GREENMEAD DRIVE
COLLEGE PARK, MD 20740

ADCOM WORLDWIDE
7TH FLOOR
RENTON, WA 98057

DELAWARE SECRETARY
OF STATE
401 FEDERAL ST #4
DOVER, DE 19901

M SQUARED LASERS LTD.
1 KELVIN CAMPUS
WEST OF SCOTLAND SCIENCE P
GLASGOW G20 0SP, UK

ARTHUR J. GALLAGHER
CLOSE BROTHERS
2850 GOLD ROAD
ROLLING MEADOWS, IL 60008

DELOITTE TAX ADVISORS
9 HAYMARKET SQUARE
EDINBURGH
EH3 8RY
UNITED KINGDOM

NATIONAL REGISTERED
AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

CALIFORNIA INSTITUTE OF TECHNOLOGY
PO BOX 3237
SCRANTON, PA 18505

DUKE UNIVERSITY
324 BLACKWELL STREET
WASHINGTON BLDG, SUITE 800
BOX 104131
DURHAM, NC 27708

NLIGHT INC.
4637 NW 18TH AVE
CAMAS, WA 98607

CITIZENS BANK
28 STATE STREET, MS1335
BOSTON, MA 02210

EXPEDITORS INC.
10900 E. 350 HWY.
KANSAS CITY, MO 64138

OFFICE OF THE UNITED STATES TR
844 KING STREET
SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

COLUMBIA UNIVERSITY
538 W 120TH STREET
PUPIN, FL 07, RM/STE 0704
NEW YORK, NY 10027

FLORIDA STATE UNIVERSITY
PAYABLES & DISBURSEMENT SERVICES
UCA-5607 UNIVERSITY CENTER
TALLAHASSEE, FL 32306-2391

PARK PROPERTY MANAGEMENT L
C/O AEGEAN CAPITAL, LLC
150 EAST 58TH STREET, 23RD FL
NEW YORK, NY 10155

COMMONWEALTH OF MA
MA DEPARTMENT OF REVENUE
COLLECTIONS/BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

IAN DANSKIN
ADDRESS ON FILE

PHOTOTHERMAL SPECTROSCOPC
325 CHAPALA STREET
SANTA BARBARA, CA 93101

CRAIG MCINTYRE
ADDRESS ON FILE

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PRINCETON UNIVERSITY
PROCUREMENT SERVICES
701 CARNEGIE CENTER
PRINCETON, NJ 08540

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

REDJAY ASSOCIATES
6 DOUGLAS GARDENS
BEARSDEN
GLASGOW
G61 2SJ, UNITED KINGDOM

UNIVERSITY OF CALIFORNIA, SAN DIEGO
9500 GILMAN DRIVE
LA JOLLA, CA 92093-0955

ROSE FINANCIAL GROUP LLC
6602 EAST 75TH STREET
SUITE 202
INDIANAPOLIS, IN 46250

UNIVERSITY OF DREXEL
PO BOX 42485
PHILADELPHIA, PA 19101

SALESFORCE, INC.
SALESFORCE TOWER
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

UNIVERSITY OF SOUTHERN CALIFORNIA
PO BOX 77967
LOS ANGELES, CA 90007

SANTANDER UK PLC
2 TRITON SQUARE
REGENT'S PLACE
LONDON, UK

URS AGENTS LLC
3675 CRESTWOOD PARKWAY
DULUTH, GA 30096

STANFORD UNIVERSITY
ACCOUNTS PAYABLE
PO BOX 20410
STANFORD, CA 94309-0410

UTAH STATE TAX COMMISSION
100 SOUTH 5300 WEST
HURRICANE, UT 84737

STEVEN HUGHES
ADDRESS ON FILE

VECTOR CORPORATE LTD.
16 ROYAL EXCHANGE SQUARE
GLASGOW
G1 3AG
UNITED KINGDOM

TEKSCEND PHOTOMASK
131 OLD SETTLERS BLVD
ROUND ROCK, TX 78664

THE UNIVERSITY OF ARIZONA
ACCOUNTS PAYABLE
888 N. EUCLID AVE., ROOM 402
TUCSON, AZ 85721

UES, INC.
ACCOUNTS PAYABLE
4401 DAYTON-XENIA ROAD
DAYTON, OH 45432

UNITED STATES ATTORNEY GENERAL'S OFFICE
DISTRICT OF DELAWARE
HERCULES BUILDING, 1313 N. MARKET ST.
U.S. ATTORNEY'S OFFICE
WILMINGTON, DE 19801

Docusign Envelope ID: 9B4373BD-E217-48A8-A9E9-2A60C134B40D

## United States Bankruptcy Court
### District of Delaware

In re   **M Squared Lasers Inc.**                                                          Case No. _____

                                    Debtor(s)                         Chapter     **7**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **M Squared Lasers Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **M Squared Lasers Ltd.**

_____

☐ None [*Check if applicable*]

*10/28/2025*
_____
Date

_____
**Carl N. Kunz, III**
Signature of Attorney or Litigant
Counsel for   **M Squared Lasers Inc.**
**Morris James LLP**
**3205 Avenue North Blvd.**
**Suite 100**
**Wilmington, DE 19803**
**302-888-6800 Fax:302-571-1750**
**ckunz@morrisjames.com**